Commonwealth ex rel. Muhr *v.* Muhr, Appellant.

Before O'NEILL, J.

Argued March 21, 1969. *Samuel L. Hirshland,* with him *Levi, Mandel and Miller,* for appellant; *Vito N. Pisciotta,* for appellee.

Order affirmed.

Commonwealth ex rel. Pascoe, Appellant, *v.* Pascoe.

Before HEIMBACH, P. J.

Argued March 20, 1969. *Paul B. Pollack,* with him *Martin H. Philip* and *Leon H. Küne,* for appellant; *Anthony J. Ciotola,* with him *Louis G. Feldmann,* for appellee.

Order affirmed.

Commonwealth ex rel. Richardson, Appellant, *v.* Mazurkiewicz.

Before MEADE, J.

Submitted March 17, 1969. *Sanford Kahn,* for appellant; *Richard Max Bockol* and *James D. Crawford,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for appellee.

Order affirmed.